■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY STEELE, Appellant. [628 NYS2d 557] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Posner, J.), rendered August 31, 1993, convicting him of criminal possession of stolen property in the fourth degree, unauthorized use of a motor vehicle in the third degree and possession of burglar's tools, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in a light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Although the defendant contends that the arresting officer's testimony contained inconsistencies, resolution of

issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]). Sullivan, J. P., Miller, Thompson and Joy, JJ., concur.